470 A.2d 1037

Woodyard, Appellant, v. Woodyard.

Submitted November 7, 1983. J. Christian Ness, for appellant; Peter D. Solymos, for appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

The order of the learned York County Common Pleas Court Judge John F. Rauhauser, Jr. is affirmed.